**2013–0121. State v. Stewart.**
Franklin App. No. 11AP–787, 2012-Ohio-4500. On motion to consolidate with case No. 2012–1941, *State v. Stewart*, Franklin App. No. 11AP–787, 2012-Ohio-4500. Motion granted. Discretionary appeal accepted. The judgment of the court of appeals is reversed, and this cause is remanded for application of *State v. Howard*, 134 Ohio St.3d 467, 2012-Ohio-5738, 983 N.E.2d 341, and *State v. Brunning*, 134 Ohio St.3d 438, 2012-Ohio-5752, 983 N.E.2d 316.

O'CONNOR, C.J., and LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

PFEIFER, J., dissents.

O'DONNELL, J., would accept the appeal on Proposition of Law No. I and hold the cause for the decision in 2012–0415 and 2012–0416, *State v. Forrest*, Franklin App. No. 11AP–291, 2012-Ohio-280.

**2013–0159. State ex rel. Kinast v. Forchione.**
In Mandamus and Prohibition. On motion to dismiss. Motion granted. Motion for protective order and motions to quash denied as moot. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

O'NEILL, J., dissents and would grant an alternative writ.

**2013–0175. Waulk v. Duffey.**
In Habeas Corpus. On petition for writ of habeas corpus of Jack N. Waulk Sr. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0194. Mills v. McGookey.**
In Mandamus and Procedendo. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0233. Marrero v. Miller.**
In Habeas Corpus. On petition for writ of habeas corpus of Tito E. Marrero. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0239. State ex rel. Flanagan v. Lucas.**
In Quo Warranto. On motion to strike of respondent. Motion denied. On motion for leave to amend complaint. Motion granted. Respondent shall respond to the amended complaint that is attached to the relator's motion for leave within 14 days of the date of this entry.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0271. Reeves v. Schneider.**
In Mandamus. On motion for judgment on the pleadings. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0277. State ex rel. McIntyre v. McCarty.**
In Prohibition. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0284. Stevens v. Nadel.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. 12.04 determination, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0295. State ex rel. Davet v. Sutula.**
In Mandamus. On motion to dismiss. Motion granted. On motion for leave to intervene of NationsBanc Mortgage Corporation. Motion denied. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0296. State ex rel. Klayman v. Cuyahoga Cty. Court of Common Pleas.**
In Mandamus. On motions to dismiss and motion to strike motions to dismiss. Motions to dismiss granted. Motion to strike motions to dismiss denied. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.